In the Matter of the Petition to Set Aside the Election of CATHERINE F. FARRELL et al., as Directors of the Brooklyn City Savings and Loan Association. JOHN D. HOLSTEN, Appellant; LEO J. HICKEY et al., Respondents.

*Loan associations — by-laws prescribing for nomination of candidates for board of directors — when names of candidates not nominated may be properly written in on ballot at time of election.*

*Matter of Farrell (Bklyn. City S. & L. Assn.),* 205 App. Div. 443, affirmed.

, (Argued June 1, 1923; decided July 13, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 11, 1923, which reversed an order of Special Term holding that section 40 of the by-laws of the Brooklyn City Savings and Loan Association makes a nomination pursuant to the terms thereof a condition precedent to a valid election as director and that names of candidates written in on the ballot at the time of the election were not properly before the association for election to the board of directors, and that they were not legally elected, even though they had received a greater number of votes than had those nominated pursuant to the provisions of the by-laws.

*Dominic B. Griffin, Peter P. Smith* and *Joseph J. Reiher* for appellant.

*Leo J. Hickey* and *Edward J. Byrne* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Dissenting: MCLAUGHLIN, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* RAFFAELE AMENDOLA, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued June 1, 1923; decided July 13, 1923.)

APPEAL from a judgment of the Supreme Court, rendered April 14, 1922, at a Trial Term for the county